# UNITED STATES DISTRICT COURT

for

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 09, 2018**

SEAN F. McAVOY, CLERK

U.S.A. vs.        Hartigan, Arica Ann        Docket No.    1:18CR02017-SAB-2

**Petition for Action on Conditions of Pretrial Supervision**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Arica Ann Hartigan, who was placed under pretrial supervision by the Honorable U.S. Magistrate Court Judge Mary K.Dimke in the Court at Yakima, Washington, on the 17th day of May 2018, under the following conditions:

**<u>Special Condition #9:</u>** Defendant shall be restricted to his/her residence at all times except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the Pretrial Services Office or supervising officer, including but not limited to employment, religious services, medical necessities, substance abuse testing or treatment, or mental health treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is alleged to be in violation of her conditions of pretrial supervision in the Eastern District of Washington by:

**Violation #1:** Deviating from approved leave granted by probation officer while under the location monitoring (LM) program on July 6, 2018.

### REQUESTING NO ACTION BE ORDERED AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:        July 9, 2018

by        s/Linda Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS
[X]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    The incorporation of the violations contained in this
       petition with the other violations pending before the
       Court.
[  ]    Defendant to appear before the Judge assigned to the
case.
[  ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Signature of Judicial Officer
7/9/2018
_____
Date