FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 10, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>ARICA ANN HARTIGAN,<br><br>               Defendant. | NO. 1:18-cr-02017-SAB-2<br><br>**ORDER GRANTING GOVERNMENT'S MOTION FOR PROTECTIVE ORDER** |

Before the Court are the Government's Motion for a Protective Order, ECF No. 21, and related Motion to Expedite, ECF No. 22. The motions were heard without oral argument.

The Government moves for a protective order restricting defense counsel from providing originals or copies of the discovery materials to Defendant due to the sensitive nature of the documents. ECF No. 21. Defendant has not objected to the protective order. The Court finds the privacy interests of the victims in this case constitutes good cause to grant the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Government's Motion for a Protective Order, ECF No. 21, is **GRANTED**.

2. The Government's Motion to Expedite, ECF No. 22, is **DENIED as moot**.

//

//

**ORDER GRANTING GOVERNMENT'S MOTION FOR PROTECTIVE ORDER** + 1

3. The parties shall abide by the following terms of the protective order:

    a. The United States will provide discovery materials (including Protected Discovery) on an ongoing basis to defense counsel;

    b. Defense counsel may possess but not copy (excluding the production of necessary working copies) the discovery materials, including sealed documents;

    c. Defense counsel may show and discuss with Defendant the discovery material, including sealed documents;

    d. Defense counsel shall not provide original or copies of discovery materials directly to Defendant;

    e. Defense counsel shall not otherwise provide original or copies of the discovery material to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or investigator and/or expert engaged by defense counsel, who will also be bound by the terms and conditions of the protective order;

    f. The United States, defense counsel, and witnesses may reference the existence and content of sealed discovery material in open and closed court proceedings relevant to indictment 1:18-cr-02017-SAB-2, provided however, any reference to the content of the Protected Discovery shall be filed under seal.

4. Nothing in this order prohibits Defendant from seeking relief from this Order.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 10th day of July 2018.



                      Stanley A. Bastian
                    United States District Judge

**ORDER GRANTING GOVERNMENT'S MOTION FOR PROTECTIVE ORDER** + 2