# UNITED STATES DISTRICT COURT
## for
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 23, 2018

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Hartigan, Arica Ann | Docket No. | 1:18CR02017-SAB-2 |

**Petition for Action on Conditions of Pretrial Supervision**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Arica Ann Hartigan, who was placed under pretrial supervision by the Honorable U.S. Magistrate Court Judge Mary K. Dimke in the Court at Yakima, Washington, on the 17th day of May 2018, under the following conditions:

Condition #1: Defendant shall not commit any offense in violation of federal, state or local law.

Condition #6: Defendant shall report to the U.S. Probation/Pretrial Services office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

Condition #9: Defendant shall refrain from use or unlawful possession of a narcotic 4 drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is alleged to be in violation of her conditions of pretrial supervision in the Eastern District of Washington by:

**Violation #1:** The defendant is alleged to be in violation of her conditions of pretrial supervision in the Eastern District of Washington by being charged with the crime of possession of stolen property 2nd degree on October 22, 2018.

Conditions of release were reviewed with Ms. Hartigan on May 24, 2018. She acknowledged an understanding of her conditions which included condition number 1.

On October 22, 2018, this officer was contacted by the Yakima Police Department via email stating the defendant was contacted at 3 a.m. this date with her boyfriend, a known felon (not Mr. Kirby, the father of her children). The officer stated the defendant and her boyfriend were contacted as the main suspects of a burglary at West Walnut and 96th Avenue (case #18Y043696). During the investigation it was discovered the vehicle the defendant was driving had a stolen credit card inside. Both the defendant and her boyfriend were released by law enforcement to an address the defendant stated she lived at with the boyfriend she was with (to be noted, this is not the listed address she has provided to probation). Per the police officer, the defendant and her boyfriend were dropped off before confirming the card was stolen. The defendant's vehicle was impounded for officers to complete a search warrant to retrieve the stolen property. According to the Yakima Police Department the defendant has a warrant for possession of stolen property 2nd degree (case #18Y043703).

**Violation #2:** Failing to report to the probation office as directed on October 17, 2018.

Conditions of release were reviewed with Ms. Hartigan on May 24, 2018. She acknowledged an understanding of her conditions which included condition number 6.

On October 16, 2018, this officer and United States Probation Officer (USPO) Santana attempted to conduct a home visit at the defendant's listed address at approximately 9:45 a.m., without success. This officer and USPO Santana then drove to the defendant's listed place of employment and spoke to the manager who stated the defendant only worked for 1 week at the end of September. The manager stated the defendant called in sick and never returned. This officer then contacted the defendant regarding the above information. The defendant admitted she lied about her employment status to this officer.

**Hartigan, Arica Ann**
**October 23, 2018**
**Page 2**

On October 17, 2018, this officer contacted the father of the defendant's two young children, Mr. Kirby, requesting a return call to check on the defendant's compliance. Mr. Kirby contacted this officer and shared he has concerns regarding the defendant's recent behavior. Mr. Kirby stated, "she needs help." This officer then contacted the defendant and directed her to report to the office this same date. The defendant failed to report as directed.

**Violation #3**: Failing to report to the probation office as directed on October 22, 2018.

Conditions of release were reviewed with Ms. Hartigan on May 24, 2018. She acknowledged an understanding of her conditions which included condition number 6.

On October 18, 2018, the defendant reported to the probation office and met with Deputy Chief Nichols, who after collecting a urine sample, directed the defendant to report back to this officer on Monday, October 22, 2018. On Monday October 22, 2018, the defendant sent this officer multiple text messages stating she was out at a barbeque in Naches, Washington, the night prior and was going to stay the night but she could not sleep because "everyone was being drunk and annoying." She stated her car got a flat tire so she had to leave her vehicle on 96th Avenue in Yakima. The defendant stated she did not have transportation; however, she would find a ride and report to the office. At 9:07 a.m. the defendant sent a text to this officer and stated "I was able to find a ride. I"m just waiting on her." The defendant did not report to the office this date as directed.

**Violation #4**: Consuming controlled substances opiates and methamphetamine on or about October 18, 2018.

Conditions of release were reviewed with Ms. Hartigan on May 24, 2018. She acknowledged an understanding of her conditions which included condition number 9.

On October 18, 2018, the defendant reported to the office and met with Deputy Chief Nichols. Deputy Chief Nichols collected a random urine sample which tested presumptive positive for methamphetamine and opiates. The defendant admitted to Deputy Chief Nichols she had consumed the controlled substances and indicated she wanted to enter inpatient treatment. The defendant was directed to report to this officer on Monday October 22, 2018, by 9 a.m. The defendant failed to report this date as directed.

REQUESTING A WARRANT BE ORDERED AT THIS TIME

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:    October 23, 2018 |
| by | s/Linda Leavitt |
|  | Linda J. Leavitt
U.S. Pretrial Services Officer |

Hartigan, Arica Ann
October 23, 2018
Page 2

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*M. K. Dimke*

Signature of Judicial Officer

10/23/2018

Date